United States District Court
Southern District of Texas
**ENTERED**
October 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARRIANA ELLIOT, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-02708 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MAC PIZZA | § | |
| MANAGEMENT INC | § | |
| d/b/a DOMINO'S PIZZA, | § | |
| Defendant. | § | |

MINUTE ENTRY AND ORDER

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on September 27, 2023. All parties present by video and represented by counsel.

The Court addressed the similar pending case, *Schramm v Mac Pizza Management, Inc*, No 4:23-cv-02614. Plaintiff's counsel advised that both cases arise from the same data breach, with this matter noting *Schramm* as a related case upon filing.

By email to the Case Manager, the parties have since provided notice of settlement of their dispute.

All claims by Plaintiff Arriana Elliott against Defendant Mac Pizza Management Inc are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

So ORDERED.

Signed on September 27, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge